

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO.   1:14-SW-00146-BAM |
|---|---|
| 2006 Land Rover Utility Vehicle bearing California License Plate 7AIY686 | ORDER GRANTING GOVERNMENT'S MOTION FOR DELAYED NOTIFICATION, ORDER FOR DELAYED NOTIFICATION, AND DOCUMENTS IN SUPPORT OF SEALING ORDER |
| | **(Under Seal)** |

The United States having applied to this Court for an order permitting it to file its Motion for Delayed Notification and Order for Delayed Notification, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application and accompanying Memorandum of Law and Declaration of Grant B. Rabenn, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: this 26th day of August, 2014

_____
UNITED STATES MAGISTRATE JUDGE

4

Application for Delayed Notification