SEALED



OCT 01 2014

CLERK, U.S. DISTRICT COURT
E. STERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2006 Land Rover Utility Vehicle bearing California License Plate 7AIY686 | CASE NO. 1:14-SW-00146-BAM<br><br>ORDER STRIKING AND SEALING PRIOR DELAY OF NOTICE ORDER<br><br>**(Under Seal)** |

The United States having applied to this Court for an order striking and sealing the United States' Application for and Order Granting Authorization to Delay Notification of Prior Order (the "Delay Notification Papers"), and good cause appearing thereof,

IT IS SO ORDERED, that the Delay Notification Papers shall be struck from the record of case number Case No. 1:14-SW-00146-BAM and sealed by the Clerk of the Court. (Doc. #6) BAM

IT IS FURTHER ORDERED, that the present Application and Order, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

Dated: this ___ day of Sept, 2014

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

2

Application for Order Striking Prior Order