IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2006 Land Rover Utility Vehicle bearing California License Plate 7AIY686 | CASE NO. 1:14-SW-00146-BAM<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR DELAYED NOTIFICATION, ORDER FOR DELAYED NOTIFICATION, AND DOCUMENTS IN SUPPORT OF SEALING ORDER<br><br>(Under Seal)  |

The United States having applied to this Court for an order permitting it to file its Motion for Delayed Notification and Order for Delayed Notification, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that pursuant to Rule 41(f)(3) of the Federal Rules of Criminal Procedure, the government may delay providing notification of the execution of the above-captioned warrant until **January 11, 2015**, which is 90 days from the original deadline to provide notification.

IT IS FURTHER ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application and accompanying Memorandum of Law and Declaration of Grant B. Rabenn, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: this 10 day of October, 2014

_____
Hon. Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

4

Delay Notification Application and Order